███

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

FARHI SAEED BIN MOHAMMED,    :
et. al.,    :
   :
     Petitioners,    :
   :
     v.    :    Civil Action No. 05-1347 (GK)
   :
BARACK H. OBAMA, et. al.,    :
   :
     Respondents.    :
_____:

**ORDER**

A Pre-trial Conference was held in this case on August 20, 2009. Upon consideration of parties' Motions for Judgment on the Record [Dkt. Nos. 215, 216, 217], their Statements of the Main Factual Issues in Dispute [Dkt. Nos. 228, 231], representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that the main issues in dispute between parties are: 1) whether Petitioner used an alias or false name while in detention; 2) whether Petitioner used a fake passport; 3) whether Petitioner attended two London mosques in order to learn about jihad; 4) whether Petitioner was recruited in London and traveled to Afghanistan via an established al-Qaida recruitment network; 5) whether Petitioner stayed at an Algerian guesthouse in Afghanistan; 6) whether Petitioner attended any al-Qaida training camps; and 7)

███

whether Petitioner fought in battle; and it is further

**ORDERED**, that there shall be no public opening statements at the outset of the Merits Hearing, and only brief classified opening statements, due to the fact that Petitioner has not requested to listen to public proceedings and counsel have not requested public opening statements or lengthy classified opening statements; and it is further

**ORDERED**, that within one week the Government shall submit a Praecipe providing further context for its August 12, 2009, ex parte filing [Dkt. No. 223].


August __, 2009

_/s/_____
Gladys Kessler
United States District Judge

**Copies to**: Attorneys of Record via ECF